CHICAGO, R. I. & P. RY. CO. v. O'DELL et al. (Circuit Court of Appeals. Eighth Circuit. October 25, 1919.) No. 5419. In Error to the District Court of the United States for the Eastern District of Oklahoma. C. O. Blake, R. J. Roberts, and J. E. Du Mars, all of El Reno, Okl., for plaintiff in error. W.

(262 F.)

L. Chapman and Joe M. Adams, both of Shawnee, Okl., for defendants in error.

PER CURIAM. Writ of error dismissed with prejudice, at costs of plaintiff in error, per stipulation of parties.